# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GAIL JOHNSON**                                                                                         **PLAINTIFF**

V.                              **CASE NO.: 3:13CV00027 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                               **DEFENDANT**

## ORDER

Plaintiff Gail Johnson's motion to dismiss without prejudice (docket entry #11) is GRANTED.  Ms. Johnson's claims are DISMISSED, without prejudice, this 9th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE