# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GAIL JOHNSON**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO.: 3:13CV00027 BD**

**CAROLYN COLVIN, Actin Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE this 9th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE